# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO GASTELUM,<br><br>                                    Plaintiff,<br><br>v.<br><br>TOWN CENTER VILLAGE II, LLC,<br><br>                                    Defendant. | Case No.:  3:25-cv-00745-JAH-LR<br><br>**ORDER DENYING MOTION TO STRIKE AND MOTION TO DISMISS**<br><br>**[ECF NOS. 5, 6]** |

Pending before the Court is Defendant Town Center Village II, LLC ("Defendant") Motion to Strike and Motion to Dismiss ("Motions").  ECF Nos. 5, 6.  Plaintiff Fernando Gastelum ("Plaintiff") opposed the Motions.  ECF No. 12.

Relevant here, Plaintiff timely filed an amended complaint on June 16, 2025, pursuant to Federal Rule of Civil Procedure 15(a)(1)(B), which allows a party to amend their pleading "21 days after service of a responsive pleading or 21 Days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier."  ECF No. 10.  Defendant filed responses to Plaintiff's amended complaint on June 30, 2025.  ECF Nos. 13, 14.

Given the amended complaint is now operative, the Motions filed in response to the original complaint[1] are now moot.  *See Ramirez v. Cnty. of San Bernardino*, 806 F.3d 1002,

---

[1] The record shows that Defendant filed its Motions responding to the original complaint, ECF No. 1, on June 5, 2025, which is 36 days after service of process.  *See* ECF Nos. 4-6. Given that there is no record of the parties waiving service by filing a Rule 4(d) waiver

1

3:25-cv-00745-JAH-LR

1008 (9th Cir. 2015) ("It is well-established in our circuit that an amended complaint supersedes the original, the latter being treated thereafter as non-existent.") (internal citations and quotations omitted).

Accordingly, the Court **HEREBY DENIES** Defendant's Motions as moot. The Court will issue a ruling on Defendant's pending motions in due course.

**IT IS SO ORDERED.**

DATED: March 10, 2026

_____
JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE

---

form with this Court (which would have given them 60 days to respond to the original complaint), the Court notes that Defendants' Motions were filed past the 21-day filing deadline under Rule 12(a)(1).

3:25-cv-00745-JAH-LR